# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VINCENT PITTS,<br><br>   Plaintiff,<br><br> v.<br><br>ALBERTO GONZALEZ, Attorney General of the United States, <u>et al.</u>,<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>) Case Number: 1:07CV00704 (HHK)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

The Clerk of Court will please enter the appearance of Assistant United States Attorney Robin M. Meriweather as counsel of record for Defendants in the above-captioned action.

Dated: September 18, 2007    Respectfully submitted,

                /s/
              ROBIN M. MERIWEATHER, D.C. Bar. # 490114
              Assistant United States Attorney
              555 Fourth St., N.W.
              Washington, D.C. 20530
              Phone: (202) 514-7198
              Fax: (202) 514-8780
              Robin.Meriweather2@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of September, 2007, I caused the foregoing to be filed and served via the Court's Electronic Case Filing system.

                                                /s/ *Robin M. Meriweather*
                                      ROBIN M. MERIWEATHER, D.C. Bar # 490114