## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

———————————————————————

|  |  |  |
|---|---|---|
| VINCENT PITTS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case Number:  1:07CV00704 (HHK) |
| | ) | |
| ALBERTO GONZALES, Attorney General of | ) | |
| the United States, <u>et al.</u>, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

——————————————————————— )

## MOTION FOR ENLARGEMENT OF TIME TO FILE ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Defendants the Attorney General of the United States <u>et al.</u>, through undersigned counsel, hereby respectfully move for an enlargement of time of 30 days, up to and including October 18, 2007, in which to move, answer or otherwise respond to Plaintiff's complaint.  Defendants' response would otherwise be due September 18, 2007.  Pursuant to Local Rule 7(m) and Federal Rule of Civil Procedure 26, counsel for Defendants called counsel for Plaintiff on September 17, 2007 to request Plaintiff's position on this motion.  Counsel for Plaintiff responded on September 18, 2007, but could not yet state her client's position on the requested relief.  Accordingly, counsel for Defendants did not know Plaintiff's position as of the time this motion was filed.  In support of this motion, Defendants state as follows:

This is an action filed pursuant to Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e <u>et seq.</u>, alleging employment discrimination and retaliation.  Plaintiff alleges that the Federal Bureau of Investigation unlawfully rescinded its offer of employment to him, and colluded with a contractor to terminate Plaintiff's employment with the contractor.

To prepare an answer, or otherwise respond to Plaintiff's complaint, the undersigned must consult with agency counsel concerning the factual allegations raised in plaintiff's complaint and the facts that support any defense Defendants may raise.  The undersigned also must review the relevant portions of the record of the administrative proceedings, and explore the legal basis for any defense(s) asserted.  Counsel for Defendants has made a good faith effort to complete that factual investigation, review of the record, and legal analysis in advance of the current deadline.  However, while preparing Defendants' response to the complaint, the undersigned determined that additional factual review and legal research will be necessary to complete that response.  The requested enlargement also will allow the undersigned Assistant United States Attorney to honor her commitments in other cases, which include a summary judgment reply brief due September 19, 2007, an opposition to a motion for reconsideration due September 20, 2007, and oppositions to a summary judgment motion and  to several other motions due September 21, 2007.

Defendant has not previously requested that this Court enlarge the time for filing any pleading.  There are no pending deadlines or court dates that this request for enlargement would affect.  Granting Defendant an additional 30 days to answer Plaintiff's Complaint should cause no prejudice.

An order granting the relief sought is attached hereto.

Dated: September 18, 2007                    Respectfully submitted,


_____/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


_____/s/_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

_____/s/_____
ROBIN M. MERIWEATHER, D.C. Bar. # 490114
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C.  20530
Phone: (202) 514-7198
Fax: (202) 514-8780
Robin.Meriweather2@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of September, 2007, I caused the foregoing Motion

for Extension of Time to be filed and served via the Court's Electronic Case Filing system.


            /s/   *Robin M. Meriweather*
ROBIN M. MERIWEATHER, D.C. Bar # 490114

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                              )
VINCENT PITTS,                                )
                                              )
                    Plaintiff,                )
                                              )
        v.                                    )    Case Number:  1:07CV00704 (HHK)
                                              )
ALBERTO GONZALEZ, Attorney General of         )
the United States, et al.,                    )
                                              )
                    Defendants.               )
                                              )
_____)


**ORDER**

        Upon consideration of Defendants' Motion for Extension of Time to File Answer or

Otherwise Respond to Plaintiff's Complaint, it is this _____ day of _____, 2007,

        ORDERED that Defendants' Motion for Extension of Time to File Answer or Otherwise

Respond to Plaintiff's Complaint be and is hereby GRANTED.

        It is further ORDERED that Defendant shall submit an Answer or otherwise respond to

Plaintiff's Complaint by October 18, 2007.

        SO ORDERED.


                                        _____
                                        United States District Judge