# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| VINCENT PITTS,<br><br>    Plaintiff,<br><br>  v.<br><br>ALBERTO GONZALES, Attorney General of the United States,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) Case Number: 1:07CV00704 (HHK)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION FOR ENLARGEMENT OF TIME TO FILE ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Defendant the Attorney General of the United States, through undersigned counsel, hereby respectfully moves for an enlargement of time of 7 days, up to and including October 25, 2007, in which to move, answer or otherwise respond to Plaintiff's complaint. Defendant's response would otherwise be due October 18, 2007. Pursuant to Local Rule 7(m) and Federal Rule of Civil Procedure 26, counsel for Defendant contacted counsel for Plaintiff to request Plaintiff's position on this motion. Plaintiff opposes the enlargement. In support of this motion, Defendant states as follows:

This is an action filed pursuant to Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e *et seq.*, alleging employment discrimination and retaliation. Plaintiff alleges that the Federal Bureau of Investigation unlawfully rescinded its offer of employment to him, and colluded with a contractor to terminate Plaintiff's employment with the contractor. Defendant has made a good faith effort to prepare Defendant's responsive pleading in advance of the current deadline. However, Defendant seeks a 7-day enlargement of time due to the significant work-

related burdens on his counsel. Specifically, counsel for Defendant will be out of the office in the afternoon and evening of October 18, 2007 for a deposition; due to a mandatory system upgrade, counsel for Defendant will not have access to her computer on October 18, 2007 prior to departing for the deposition. The deposition was originally scheduled to occur on a later date, but has been rescheduled by opposing counsel due to the witness's last-minute conflict. In addition, counsel for Defendant has mediation scheduled October 19, 2007, a deposition October 22, 2007, and a motion to dismiss due October 22, 2007. In addition, this afternoon, opposing counsel in another matter informed counsel for Defendant that the plaintiffs in that case intend to file a motion for a Temporary Restraining Order Friday October 19, 2007. The requested 7-day enlargement will allow the undersigned Assistant United States Attorney to complete Defendant's response to the instant complaint while honoring her commitments in those other matters.

Defendant has previously requested one enlargement of the deadline for filing a response to the Complaint. There are no pending deadlines or court dates that this request for enlargement would affect. Granting Defendant an additional 7 days to answer Plaintiff's Complaint should cause no prejudice.

WHEREFORE Defendant respectfully requests that the Court GRANT the instant motion for enlargement of time. An order granting the relief sought is attached hereto.

Dated: October 17, 2007                        Respectfully submitted,


                                               /s/
                                               JEFFREY A. TAYLOR, D.C. BAR # 498610
                                               United States Attorney


                                               /s/
                                               RUDOLPH CONTRERAS, D.C. BAR #434122
                                               Assistant United States Attorney

                                                                 /s/    Robin M. Meriweather
ROBIN M. MERIWEATHER, D.C. Bar. # 490114
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C.  20530
Phone: (202) 514-7198
Fax: (202) 514-8780
Robin.Meriweather2@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of October, 2007, I caused the foregoing Motion for Extension of Time to be filed and served via the Court's Electronic Case Filing system.

      /s/  *Robin M. Meriweather*
ROBIN M. MERIWEATHER, D.C. Bar # 490114

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
VINCENT PITTS,                      )
                                    )
            Plaintiff,              )
                                    )
    v.                              )   Case Number: 1:07CV00704 (HHK)
                                    )
ALBERTO GONZALEZ, Attorney General of )
the United States, et al.,          )
                                    )
            Defendants.             )
                                    )
_____)

**ORDER**

Upon consideration of Defendants' Motion for Extension of Time to File Answer or Otherwise Respond to Plaintiff's Complaint, it is this _____ day of _____, 2007,

ORDERED that Defendants' Motion for Extension of Time to File Answer or Otherwise Respond to Plaintiff's Complaint be and is hereby GRANTED.

It is further ORDERED that Defendant shall submit an Answer or otherwise respond to Plaintiff's Complaint by October 25, 2007.

SO ORDERED.

_____
United States District Judge