UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **VINCENT PITTS,**<br>         **Plaintiff,**<br><br>         v.<br><br>**ALBERTO GONZALES,** Attorney General of the United States,<br><br>         **Defendant.** | Civil Action 07-00704 (HHK) |

# ORDER

This court granted plaintiff's consent motion for leave to amend the complaint [# 8] on November 13, 2007.  Accordingly, it is this 19th  day of November, 2007, hereby

**ORDERED** that defendant's motion to dismiss or in the alternative for partial summary judgment [# 7] is **DENIED** as moot.

                                                                        Henry H. Kennedy, Jr.
                                                                        United States District Judge