# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____

)
VINCENT PITTS,                          )
                                        )
            Plaintiff,                  )
                                        )
v.                                      )        Civil Action No.: 07-00704 (HHK)
                                        )
MICHAEL B. MUKASEY, Attorney)
General of the United States,           )
                                        )
            Defendant.                  )
_____)

## JOINT MOTION TO CONTINUE INITIAL SCHEDULING CONFERENCE

Plaintiff, Vincent Pitts ("Mr. Pitts"), and Defendant, the United States Department of Justice ("Agency"), by and through their undersigned counsel, hereby submit this joint motion to continue the initial scheduling conference set for January 7, 2008 for thirty days, and in support thereof state as follows:

1.      On April 4, 2007, Mr. Pitts filed a complaint alleging, _inter alia_, discrimination on the basis of race.

2.      On July 10, 2007, after having retained the undersigned, Mr. Pitts amended his complaint.

3.      On October 25, 2007, the Agency filed a partial motion to dismiss or, in the alternative, a partial motion for summary judgment. On November 13, 2007, Mr. Pitts filed a second amended complaint, which mooted the Agency's motion.

4.      On November 28, 2007, the Agency filed its answer to the second amended complaint.

5.      On December 7, 2007, this Court issued its Order for Initial Scheduling Conference, indicating that the initial scheduling conference will be conducted on January 7, 2008.

6.      Pursuant to the Order and this Court's local rules, the parties are required to meet and confer regarding the issues raised in this case, and then submit a joint statement to the Court in advance of the scheduling conference.

7.      On December 17, 2007, after numerous efforts to contact each other to coordinate the conference between counsel, counsel for the parties attempted to schedule a time when they could possibly discuss the matters that they are required to raise in the joint statement.  Given the extreme difficulty during the holiday season in contacting individuals who are able to respond competently to the matters to be discussed by the parties pursuant to LcvR 16.3(c), counsel realized that they would need additional time to confer on the joint statement.

8.      Counsel agreed that extending the time for the initial scheduling conference by thirty days would sufficiently allow them the opportunity to obtain all relevant responses from their respective clients.

9.      Pursuant to the Court's Order, counsel agreed that the following three dates would be available for rescheduling:  February 6, 2008; February 7, 2008; and February 14, 2008.

10.     Neither party will suffer prejudice if the Court grants this joint motion. This reflects the pattern of cooperation between the parties over the course of this case. Moreover, this joint motion will allow the parties to brief the Court fully on the statement of the case as well as its settlement potential.

WHEREFORE for these reasons, the parties respectfully request that the Court grant this joint motion continuing the initial scheduling conference for thirty days until February 6, 2008, or any alternative date otherwise suggested.

Respectfully submitted,

FARBER LEGAL, LLC


_____/s/_____
Mindy G. Farber (Bar No. 375104)
Smruti V. Radkar
One Central Plaza
11300 Rockville Pike, Suite 808
Rockville, Maryland 20852
Ph. (301) 881-6800
Fx. (301) 770-3927

*Counsel for Plaintiff*


U.S. DEPARTMENT OF JUSTICE


_____/s/ by RMM_____
Jeffrey A. Taylor (Bar No. 498610)
United States Attorney

_____/s/ by RMM_____
Rudolph Contreras (Bar No. 434122)
Assistant United States Attorney

_____/s/_____
Robin M. Meriweather (Bar No. 490114)
Assistant United States Attorney
555 4th Ave., N.W.
Washington, D.C. 20530
Ph. (202) 514-7198
Fx. (202) 514-8780
Robin.meriweather2@usdoj.gov

*Counsel for Defendant*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                                    )
VINCENT PITTS,                           )
                                                    )
            Plaintiff,                        )
                                                    )
v.                                                 )            Civil Action No.: 07-00704 (HHK)
                                                    )
MICHAEL B. MUKASEY, Attorney)
General of the United States,             )
                                                    )
            Defendant.                     )
_____)

## **ORDER**

     For the reasons set forth in the Joint Motion to Continue Initial Scheduling

Conference, it is this _____ day of _____, 2007,

     ORDERED, that the joint motion is GRANTED, and it is further

     ORDERED, that the initial scheduling conference in this case will be set for

_____.

                                                    _____
                                                    Judge, United States District Court
                                                        for the District of Columbia