UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VINCENT PITTS,            )<br>                          )<br>    Plaintiff,            )<br>                          )<br>v.                        )<br>                          )<br>MICHAEL B. MUKASEY, Attorney)<br>General of the United States, )<br>                          )<br>    Defendant.            )  | Civil Action No.: 07-00704 (HHK) |

### SCHEDULING ORDER

In accordance with the Court's oral orders issued during the scheduling conference held on February 19, 2008, it is hereby

ORDERED that this matter is assigned to the Court's Standard Track.

ORDERED that the parties shall dispense with initial disclosures.

ORDERED that factual discovery in this matter shall close on June 20, 2008.

ORDERED that dispositive motions, if any shall be filed on or before August 22, 2008; responses shall be filed on or before September 22, 2008; and replies shall be filed on or before October 12, 2008.

ORDERED that the next status conference shall be held on February 5, 2009 at 9:45a.m.

SO ORDERED on this _____ day of February 2008.

Henry H. Kennedy
United States District Judge

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 22st day of February 2008, a copy of the foregoing Scheduling Order was served by first-class mail on the following:

> Robin M. Meriweather (Bar No. 490114)
> Assistant United States Attorney
> 555 4th Ave., N.W.
> Washington, D.C. 20530
> Ph. (202) 514-7198
> Fx. (202) 514-8780
> Robin.meriweather2@usdoj.gov

>                /s/
> _____
>          Mindy G. Farber