## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
                                )
VINCENT PITTS,                   )
                                )
        Plaintiff,               )
                                )
v.                               )        Civil Action No.: 07-00704 (HHK)
                                )
MICHAEL B. MUKASEY, Attorney)
General of the United States,    )
                                )
        Defendant.               )
_____)

## JOINT MOTION TO ENLARGE DISCOVERY FOR THE LIMITED PURPOSE OF COMPLETING DEPOSITIONS

Plaintiff, Vincent Pitts ("Mr. Pitts"), and Defendant the United States Department of Justice ("Agency"), by and through their undersigned counsel, hereby submit this joint motion to enlarge the discovery period for the limited purpose of completing depositions. Specifically, the parties request that the Court allow the parties to conduct depositions through August 29, 2008, pursuant to Federal Rule of Civil Procedure 6(b).   In support of this motion, the parties state as follows:

1.      On April 4, 2007, Mr. Pitts filed a complaint alleging, *inter alia*, discrimination on the basis of race.

2.      On July 10, 2007, after having retained the undersigned, Mr. Pitts amended his complaint.

3.      On October 25, 2007, the Agency filed a partial motion to dismiss or, in the alternative, a partial motion for summary judgment.  On November 13, 2007, Mr. Pitts filed a second amended complaint, which mooted the Agency's motion.

4.      On November 28, 2007, the Agency filed its answer to the second amended complaint.

5.      On February 28, 2008, this Court issued its Scheduling Order. <u>See</u> Dkt. Entry 16. That order, <u>inter alia</u>, establishes June 20, 2008 as the close of discovery. <u>See id.;</u> Dkt. Entry 15 (Proposed Scheduling Order).

6.      The parties have made a good faith effort to complete discovery in advance of the June 20, 2008 deadline. Each party has served written discovery upon the other party. However, Defendant has not yet received Plaintiff's responses to Defendant's written discovery. Further, while producing responses to Plaintiff's discovery, counsel for Defendant became aware that there were additional materials that could not be produced absent entry of a protective order; the parties recently filed a joint motion for a protective order. Accordingly, Defendant will have to supplement its discovery responses once a protective order has been entered.

7.      A limited enlargement of the discovery period will permit the parties to review the documents produced in response to their respective written discovery, and interrogatory responses, prior to conducting depositions. That information is critical to Defendant's ability to effectively depose the Plaintiff.

8.      Defendant anticipates that it may be difficult to identify dates on which both parties are available for depositions. Counsel for Defendant will be in Chicago, Illinois for depositions Jun e 23 through June 26, 2008, and has a motions hearing June 27, 2008. Counsel for Defendant also will be out of the office for training July 14, 2008 through July 24, 2008. In addition, counsel for Defendant has active ongoing discovery, including depositions, in a constitutional class action pending before District Judge

Collyer. Finally, in July and August, counsel for Defendant will be meeting with witnesses to prepare them for a trial scheduled for late August.

9. The parties agree that extending the time for depositions will be beneficial to both parties.

10. Neither party will suffer prejudice if the Court grants this joint motion. This reflects the pattern of cooperation between the parties over the course of this case.

WHEREFORE for these reasons, the parties respectfully request that the Court grant this joint motion extending discovery for the limited purpose of conducting depositions by seventy days, through August 29, 2008.

Respectfully submitted,

FARBER LEGAL, LLC

_____/s/_____
Mindy G. Farber (Bar No. 375104)
Smruti V. Radkar
One Central Plaza
11300 Rockville Pike, Suite 808
Rockville, Maryland 20852
Ph. (301) 881-6800
Fx. (301) 770-3927

***Counsel for Plaintiff***

_____/s/ by RMM_____
Jeffrey A. Taylor, DC Bar No. 498610
United States Attorney

_____/s/ by RMM_____
Rudolph Contreras , DC Bar No. 434122
Assistant United States Attorney

_____/s/____Robin M. Meriweather___
Robin M. Meriweather, DC Bar No. 490114
Assistant United States Attorney
555 4th Ave., N.W.
Washington, D.C. 20530
Ph. (202) 514-7198
Fx. (202) 514-8780
Robin.meriweather2@usdoj.gov

**_Counsel for Defendant_**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                              )
VINCENT PITTS,                     )
                                              )
          Plaintiff,                    )
                                              )
v.                                          )          Civil Action No.: 07-00704 (HHK)
                                              )
MICHAEL B. MUKASEY, Attorney)
General of the United States,     )
                                              )
          Defendant.                  )
_____)

**[PROPOSED] ORDER**

Upon consideration of the parties' joint motion for an enlargement of discovery

for the limited purpose of conducting depositions, it is this _____ day of

_____, 2008,

ORDERED that the parties' motion for a limited enlargement of the discovery

period be and hereby is GRANTED;

It is further ORDERED that discovery shall be extended through August 29,

2008, for the limited purpose of completing depositions.

SO ORDERED.

                              _____
                              United States District Judge