**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| VINCENT PITTS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 07-00704 (HHK) |
| ) | |
| MICHAEL B. MUKASEY, Attorney ) | |
| General of the United States, ) | |
| ) | |
| Defendant. ) | |

**JOINT MOTION FOR LEAVE TO CONDUCT DEPOSITIONS OUTSIDE OF THE DISCOVERY PERIOD OR IN THE ALTERNATIVE TO ENLARGE DISCOVERY FOR THE LIMITED PURPOSE OF COMPLETING DEPOSITIONS**

The parties, by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 6(b), hereby submit this motion for leave to conduct depositions outside the discovery period or, alternatively, to enlarge the discovery period for the limited purpose of completing depositions. Specifically, the parties request that the Court permit them to conduct depositions after August 29, 2008, or alternatively, extend the deadline for depositions by thirty two days through October 1, 2008. Currently, discovery is scheduled to end August 29, 2008. In support of this motion, the parties state as follows:

1. On April 4, 2007, Mr. Pitts filed a complaint alleging, *inter alia*, discrimination on the basis of race. Mr. Pitts filed a second amended complaint on November 13, 2007.

2. On February 28, 2008, this Court issued its Scheduling Order. See Dkt. Entry 16. That order, inter alia, established June 20, 2008 as the close of discovery. See id.; Dkt. Entry 15 (Proposed Scheduling Order).

3. This Court amended its Scheduling Order on June 23, 2008, extending discovery through August 29, 2008 for the limited purpose of completing depositions.

4. The parties have made a good faith effort to complete depositions in advance of the August 29, 2008 deadline.

5. Counsel for Plaintiff attempted to schedule the deposition of Anthony Richardson for August 27, 2008. However, Mr. Richardson was not available August 27, 2008. Rescheduling that deposition has been complicated by the fact that Mr. Richardson is not an agency employee, and resides in New Jersey. The parties are engaged in ongoing discussions regarding the logistics of scheduling the Richardson deposition.

6. As Defendant noted in the parties' prior joint motion to enlarge discovery, counsel for Defendant must review the materials that Plaintiff has produced in response to Defendant's discovery request in advance of the deposition for Plaintiff. That information is critical to Defendant's ability to effectively depose the Plaintiff. Counsel for Defendant expected to receive discovery responses in July, and intended to notice Plaintiff's deposition for early August.

7. Counsel for Defendant was unable to schedule the deposition of Plaintiff for July or early August because, at that time, Defendant had not yet received Plaintiff's discovery responses. Counsel for Defendant agreed to give Plaintiff additional time to prepare those responses, and received Plaintiff's discovery responses August 8, and August 15, 2008. However, at that time, she was meeting with witnesses and preparing for a trial which was scheduled to begin August 25, 2008 and conclude September 3, 2008. In light of that impending trial, counsel for Defendant was unable to complete the

review of the discovery responses and schedule Plaintiff's deposition for a date before August 29, 2008.[1]

    8.    In the last several days, counsel for both parties have exchanged messages regarding proposed dates for the deposition of Plaintiff and Mr. Richardson. Thus far, the parties have not found dates on which the witnesses and counsel are available. However, counsel for Defendant anticipates that those depositions can be scheduled to occur in mid- September.

    7.    Neither party will suffer prejudice if the Court grants this motion. This motion would be beneficial to both parties, given that they both have outstanding depositions to complete.

    WHEREFORE for these reasons, the parties respectfully request that the Court grant this motion allowing them to conduct depositions outside the discovery period or, alternatively, that the Court extend discovery for the limited purpose of conducting depositions by thirty two days, through October 1, 2008.

    Respectfully submitted,

FARBER LEGAL, LLC
/s/
Mindy G. Farber (Bar No. 375104)
One Central Plaza
11300 Rockville Pike, Suite 808
Rockville, Maryland 20852
Ph. (301) 881-6800
Fx. (301) 770-3927

*Counsel for Plaintiff*

---

[1] The parties reached an agreement in principle to settle late last week, and the trial was therefore removed from Chief Judge Lamberth's calendar.

               /s/ by RMM
Jeffrey A. Taylor, DC Bar No. 498610
United States Attorney

               /s/ by RMM
Rudolph Contreras, DC Bar No. 434122
Assistant United States Attorney


        /s/   Robin M. Meriweather
Robin M. Meriweather, DC Bar No. 490114
Assistant United States Attorney
555 4th Ave., N.W.
Washington, D.C. 20530
Ph. (202) 514-7198
Fx. (202) 514-8780
Robin.meriweather2@usdoj.gov

*Counsel for Defendant*

4

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| VINCENT PITTS,                     )<br>                                              )<br>        Plaintiff,                       )<br>                                              )<br>v.                                           )<br>                                              )<br>MICHAEL B. MUKASEY, Attorney )<br>General of the United States,      )<br>                                              )<br>        Defendant.                     )<br>_____) | Civil Action No.: 07-00704 (HHK) |

### [PROPOSED] ORDER

Upon consideration of the parties' joint motion for leave to conduct depositions outside the discovery period or in the alternative for an enlargement of discovery for the limited purpose of conducting depositions, it is this _____ day of _____, 2008,

ORDERED that the parties' motion be and hereby is GRANTED;

It is further ORDERED that:

___    the parties may depose witnesses after the discovery period ends;

___    Discovery shall be extended through October 1, 2008, for the limited purpose of completing depositions.

SO ORDERED.

_____
United States District Judge